UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO.: 13-CV-60256-Dimitrouleas/Snow

ROBERTO R. RAVELO, SR.,
LEONARDO I. RODRIGUEZ, JOHN
VALLEY and all others similarly situated
under 29 U.S.C. 216(B),

   Plaintiffs,

vs.

DOORMAN'S PRIVATE RIDE SERVICE,
INC., d/b/a EXECUTIVE LIMOUSINE, and
WILLIAM KENT,

   Defendants.
_____/

**UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE AND SERVE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES [DE 93**

   Defendants respectfully move the Court for a ten-day extension of time, up to and including September 4, 2014, for them to respond to Plaintiffs' Motion for Attorney Fees (the "Fee Motion") served and filed on August 6, 2014 [DE 93] on the following grounds:

   1.  On June 24, 2014, the Court entered an Order Approving Joint Stipulation for Dismissal with Prejudice reserving jurisdiction to consider attorney's fees should they be timely sought by Plaintiff. [DE 91].

   2.  Plaintiffs had up to and including August 25 (insofar as August 23rd fell on a Saturday) to file their Fee Motion, pursuant to Rule 7.3 of the Local Rules of the Court.

   3.  Despite the fact that the required conferral of counsel required by the Rule did not occur until July 31, Plaintiffs filed their Fee Motion on the afternoon of August 6, just one day

before undersigned counsel was scheduled to, and did, begin a one week vacation with family in California.

4. In light of other previously scheduled activities during the past week and in the intervening days since the undersigned returned to the office, including taking depositions, conducting a lengthy meeting with clients from South America to prepare for arbitration, a doctor appointment and medical tests for another appointment to occur on August 25, she has not had adequate time to properly prepare the Response which is presently due to be filed on Monday, August 25th.

5. In addition, Plaintiffs' lead counsel disclosed during conferral that he did not file his firm's complete time records with the Fee Motion [DE 93-1], but edited out those time entries for which he is not seeking to recover fees. This fact has made it more difficult than anticipated to determine whether, e.g., where there was duplication of lawyer effort, it is reasonable that the highest billing rate entry was included while the lower billing rate lawyer's entry was not, which appears to be the case after a review of time entry descriptions that suggest that two or even three lawyers worked on a single task on numerous occasions. Analysis of these entries has made the task of preparing a response more time consuming than anticipated.

6. Accordingly, Defendants respectfully request that the Court grant an extension of time, up to and including September 4, 2014, within which to file and serve their response to the Fee Motion.

7. This request is made in good faith and not for purposes of delay.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.3**

Defendants' counsel has contacted Plaintiff's counsel who has stated he has no objection to the ten-day extension of time requested.

                                                                s/. Susan H. Aprill

August 21, 2014

    s/. Susan H. Aprill
Susan H. Aprill
Fla. Bar No. 346934
Email: saprill@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 377-8100
Facsimile:  (954) 377-8101

*Attorneys to Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either  by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                s/. Susan H. Aprill

**SERVICE LIST**

Case No.: 0:13-CV-60256-Dimitrouleas/Snow

| | |
|---|---|
| J.H. Zidell<br>E-mail:  zabogado@aol.com<br>Christopher Cochran<br>E-mail:  cnc02g@gmail.com<br>Daniel Feld<br>E-mail:  DanielFeld.Esq.@gmail.com<br>Joseph Perea<br>E-mail:  perealaw@gmail.com<br>J.H. Zidell, P.A.<br>300  71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone:  (305) 865-6766<br>Facsimile:  (305) 865-7167<br>*Counsel to Plaintiffs* | Mark London<br>E-mail:  mark@thelondonlawfirm.com<br>E-mail:  filings@thelondonlawfirm.com<br>The London Law Firm, P.A.<br>3870 Sheridan Street, Suite C<br>Hollywood, FL 33021<br>Telephone:  (954) 966-6100<br>Facsimile:  (954) 966-6140<br>*Co-counsel to Defendant William Kent* |

4824-5233-9485, v.  1