UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO.: 13-CV-60256-Dimitrouleas/Snow

ROBERTO R. RAVELO, SR.,
LEONARDO I. RODRIGUEZ, JOHN
VALLEY and all others similarly situated
under 29 U.S.C. 216(B),

      Plaintiffs,

vs.

DOORMAN'S PRIVATE RIDE SERVICE,
INC., d/b/a EXECUTIVE LIMOUSINE, and
WILLIAM KENT,

      Defendants.
_____/

**MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE AND SERVE
RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES [DE 93]**

      Defendants respectfully move the Court for a seven-day extension of time, up to and including September 11, 2014, for them to respond to Plaintiffs' Motion for Attorney Fees (the "Fee Motion") served and filed on August 6, 2014 [DE 93] on the following grounds:

      1.    On June 24, 2014, the Court entered an Order Approving Joint Stipulation for Dismissal with Prejudice reserving jurisdiction to consider attorney's fees should they be timely sought by Plaintiff. [DE 91].

      2.    Plaintiffs initially had up to and including August 25 (insofar as August 23rd fell on a Saturday) to file their Fee Motion, pursuant to Rule 7.3 of the Local Rules of the Court.

      3.    Despite the fact that the required conferral of counsel required by the Rule did not occur until July 31, Plaintiffs filed their Fee Motion on the afternoon of August 6, just one day before undersigned counsel was scheduled to, and did, begin a one week vacation with family in California.

4. On August 21, 2014, undersigned requested and was granted a ten-day unopposed extension of time to complete this task, making the Response due on September 4th. Due to a host of other family and business commitments, she has been unable to prepare adequately and was unable, due to unforeseen matters, to work on the response over the three-day holiday weekend despite her intention to do so.

5. Accordingly, Defendants respectfully request that the Court grant them an extension of time, up to and including September 11, 2014, within which to file and serve their response to the Fee Motion.

6. This request is made in good faith and not for purposes of delay and will not prejudice Plaintiff's counsel.

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.3

Defendants' counsel has attempted to contact Plaintiff's counsel by telephone and by email, but has not yet received a response from Plaintiff's counsel Feld or Zidell and, therefore, is unable to represent that counsel has no objection to the requested extension of time. She did reach Christopher Cochran, but Mr. Cochran referred her to his colleagues and was unable to consent.

September 2, 2014

          s/. Susan H. Aprill
          Susan H. Aprill
          Fla. Bar No. 346934
          Email: saprill@fowler-white.com

          FOWLER WHITE BURNETT, P.A.
          One Financial Plaza, Suite 2100
          100 Southeast Third Avenue
          Fort Lauderdale, Florida 33394
          Telephone: (954) 377-8100
          Facsimile:  (954) 377-8101

          *Attorneys to Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/. Susan H. Aprill

## SERVICE LIST

Case No.: 0:13-CV-60256-Dimitrouleas/Snow

J.H. Zidell
E-mail:  zabogado@aol.com
Christopher Cochran
E-mail:  cnc02g@gmail.com
Daniel Feld
E-mail:  DanielFeld.Esq.@gmail.com
Joseph Perea
E-mail:  perealaw@gmail.com
J.H. Zidell, P.A.
300  71st Street, Suite 605
Miami Beach, FL 33141
Telephone:  (305) 865-6766
Facsimile:  (305) 865-7167
*Counsel to Plaintiffs*

Mark London
E-mail:  mark@thelondonlawfirm.com
E-mail:  filings@thelondonlawfirm.com
The London Law Firm, P.A.
3870 Sheridan Street, Suite C
Hollywood, FL 33021
Telephone:  (954) 966-6100
Facsimile:  (954) 966-6140
*Co-counsel to Defendant William Kent*

4819-4663-5038, v.  1