UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60256-CIV-DIMITROULEAS/Snow

ROBERTO R. RAVELO, SR., LEONARDO I. RODRIGUEZ,
JOHN VALLEY and all others similarly situated under
29 U.S.C. 216(B),

       Plaintiffs,

v.

DOORMAN'S PRIVATE RIDE SERVICE, INC. d/b/a
Executive Limousine and WILLIAM KENT,

       Defendants.
_____/

### ORDER

THIS CAUSE is before the Court on Defendants' Motion for Extension of Time to File and Serve Response to Plaintiff's Motion for Attorney Fees (ECF No. 98) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Extension of Time (ECF No. 98) is GRANTED. Defendants shall, on or before September 11, 2014, file their response to Plaintiffs' Motion for Attorneys' Fees.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of September, 2014.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties