UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60256-CIV-DIMITROULEAS/Snow

ROBERTO R. RAVELO, SR., LEONARDO
I. RODRIGUEZ, JOHN VALLEY, and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiffs,

v.

DOORMAN'S PRIVATE RIDE SERVICE, INC. d/b/a
Executive Limousine and WILLIAM KENT,

    Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court on Defendant, Doorman's Private Ride Service Inc.'s Motion to Deem Plaintiff's "Notice of Supplemental Fee Request" [DE 114] to be a Motion Subject to a Response as Provided in S.D. Fla. Local Rule 7.3 and Motion for Extension of Time (ECF No. 115) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

    ORDERED AND ADJUDGED that Defendant's Motion to Deem D.E. 114 a Motion and Motion for Extension of Time (ECF No. 115) is GRANTED. ECF No. 114 shall be deemed a motion. Defendant shall, on or before November 4, 2014 file its response to the motion. Plaintiff's Motion for Attorney's Fees including the supplemental fee request (ECF Nos. 93 and 114) will be noticed for hearing by separate order.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of October, 2014.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties