UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-60256-WPD

ROBERTO R. RAVELO, SR.,
LEONARDO I. RODRIGUEZ, JOHN
VALLEY and all others similarly situated
under 29 U.S.C. 216(B),

      Plaintiffs,

  vs.

DOORMAN'S PRIVATE RIDE SERVICE,
INC., d/b/a EXECUTIVE LIMOUSINE, and
WILLIAM KENT,

      Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

      PURSUANT to 28 U.S.C. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiff's Supplemental Fee Request [DE 125] to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November 2014.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Judge Snow