UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-60256-WPD

ROBERTO R. RAVELO, SR.,
LEONARDO I. RODRIGUEZ, JOHN
VALLEY and all others similarly situated
under 29 U.S.C. 216(B),

        Plaintiffs,

vs.

DOORMAN'S PRIVATE RIDE SERVICE,
INC., d/b/a EXECUTIVE LIMOUSINE, and
WILLIAM KENT,

        Defendants.

_____/

## <u>ORDER ADOPTING STIPULATION</u>

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Attorney's Fees [DE 128] (the "Motion"), filed herein on December 18, 2014. The Court has carefully considered the Motion [DE 128], notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Motion [DE 128] is hereby **GRANTED;**

2.    The Court **ADOPTS** the parties' stipulation the Defendant, Doorman's Private Ride Service, Inc. d/b/a Executive Limousine, will pay Plaintiffs' Counsel a total of $47,500.00 by no later than March 1, 2015. Said stipulation includes all fees requested by Plaintiffs' Counsel to date and shall moot Plaintiff's Motion for Supplemental Fees [DE 125];

3.    The Court retains jurisdiction to enforce the terms of the stipulation; and

4.    The Clerk shall **DENY** Plaintiff's Second Supplemental Fee Motion [DE 125] as moot.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th

day of December 2014.

WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record

Magistrate Judge Snow